UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Francie E. Harrison

     v.                                      Civil Action No.04-cv-21-PB

Unum Life Insurance Co.


**JUDGMENT**

In accordance with Judge Paul Barbadoro's Memorandum and Order dated April 11, 2005 , judgment is hereby entered.


                                          By the Court,


                                          James R. Starr, Clerk

April 11, 2005

cc:    Byrne Decker, Esq.
        Francis Murphy, Esq.